**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

**RONALD D. SHOEMATE**   CASE NO. 07-44264

    SSN XXX-XX-7089
    and   Hon. Thomas J. Tucker
**SANDRA A. SHOEMATE**   CHAPTER 13
    SSN XXX-XX-7188
        Debtor(s)
_____/

## STIPULATED ORDER MODIFYING CHAPTER 13 PLAN AND RESOLVING TRUSTEE'S MOTION TO DISMISS

    This matter having come on for consideration based upon the agreement of the debtor(s) and the Trustee to modify a Chapter 13 Plan, and the Court having found that the proposed amendment is in accordance with the law, and further notice not being required as the modification does not adversely affect creditors;

    **IT IS HEREBY ORDERED** that this Court's previous Order Confirming Plan, entered and dated May 29th, 2007, shall be amended **effective as of January 20, 2009** in the following fashion:

    a. The Chapter 13 Plan period shall be 60 months;

    b. The Co-Debtor's bi-weekly payments shall be reduced from $721.15 to $439.90, effectively lowering the total monthly payment from $3,125.00 to $2,515.70.

    c. The current liability to the Internal Revenue Service in the amount of $6,524.43 for tax year 2007 shall be paid as a Class 6 Priority Claim with 6% interest.

    d. In the event that Debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee or a party in interest may submit a notice of default, served upon Debtor(s) and Debtor(s)' Counsel and permitting 30 days from the service of the notice in which to

cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provisions of this Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

**IT IS FURTHER ORDERED** that in all other respects the Order Confirming Plan referred to above shall remain in full force and effect.

.

**Signed on June 05, 2009**

            **_____/s/ Thomas J. Tucker_____**
            **Thomas J. Tucker**
            **United States Bankruptcy Judge**